Constance NAYLOR, May Susan Kimball, and Salahuddin Al–Sadiq, Individually and on behalf of All Others Similarly Situated, Appellants

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellee.

Supreme Court of Pennsylvania.

Sept. 25, 2013.

### ORDER

PER CURIAM.

AND NOW, this 25th day of September 2013, the Order of the Commonwealth Court is **AFFIRMED.** The Application to File a Supplemental Brief is **DENIED.**